(January 24, 1955.)

KATE COHEN et al., Respondents, v. PROSPECT HEIGHTS HOSPITAL, Appellant.— Motion for stay granted until the granting or final refusal by the Court of Appeals of leave to appeal. Present — Wenzel, Acting P. J., MacCrate, Beldock, Murphy and Ughetta, JJ. [See 284 App. Div. 1065.]